# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW MOYNIHAN,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs, pro se* | : | |
| | : | **NO. 18-4388** |
| **v.** | : | |
| | : | |
| **THE WEST CHESTER AREA** | : | |
| **SCHOOL DISTRICT** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 15th day of October 2019, upon consideration of Defendant's *motion for judgment on the pleadings*, [ECF 22], Plaintiffs' response thereto, [ECF 23], and the allegations in Plaintiffs' complaint, [ECF 2], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, this action is **DISMISSED** for lack of subject-matter jurisdiction.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*