# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW MOYNIHAN and<br>KAREN MOYNIHAN<br>*Plaintiffs, pro se* | : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 18-4388 |
| v. | : <br> : | |
| THE WEST CHESTER AREA<br>SCHOOL DISTRICT<br>*Defendant* | : <br> : <br> : <br> : | |

# ORDER

**AND NOW**, this 16th day of July 2021, upon consideration of Defendant's *motion for judgment on the administrative record*, [ECF 37], and Plaintiffs' response in opposition thereto, [ECF 40], which this Court will also liberally construe as an independent motion for judgment on the administrative record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's motion for judgment is **GRANTED**;

2. Plaintiffs' response and motion for judgment is **DENIED**; and

3. The decision rendered by Pennsylvania Special Education Hearing Officer Charles W. Jelley is **AFFIRMED**.

                                                **BY THE COURT:**

                                                */s/ Nitza I. Quiñones Alejandro*
                                                **NITZA I. QUIÑONES ALEJANDRO**
                                                *Judge, United States District Court*